Certificate Number: 14912-PAE-DE-031041762

Bankruptcy Case Number: 13-12427



14912-PAE-DE-031041762

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 16, 2018, at 3:08 o'clock PM EDT, David Curtiss completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 16, 2018          By:    /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor