United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 13-12427-mdc
David F. Curtiss                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
```
db          +David F. Curtiss,   31 Main Lin Drive,   Coatesville, PA 19320-1457
cr          +Recovery Management Systems Corp,    PO Box 12931,   Norfolk, VA 23541-0931
13000356    +APEX ASSET MANAGEMENT,   1891 SANTA BARBARA DR ST,    LANCASTER, PA 17601-4106
13000355    +American Express,   P.O. Box 297871,   Fort Lauderdale, FL 33329-7871
13120895     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13107749    +Apex Asset Management, LLC,    PO Box 5407,   Lancaster, PA 17606-5407
13000358   ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    P.O. Box 982235,   El Paso, TX  79998)
13000359    +Barclays Bank Delaware,   125 South West Street,    Wilmington, DE 19801-5014
13079540  +++Capital Recovery V, LLC,    PO Box 12931,   Norfolk, VA 23541-0931
13000364    +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
13000365    +Chester County Domestic Relations,    117 W Gay St,   West Chester, PA 19380-2932
13000367    +Citi,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
13000369    +Exton Family Practice,   413 Longwood Drive,    Exton, PA 19341-1719
13000370     FIA Card Services N.A.,   P.O. Box 15019,    Wilmington, DE  19850-5019
13000371    +Gordon & Weinberg, P.C.,   1001 E HECTOR ST STE 220,    Conshohocken, PA 19428-2395
13000373     McCabe Weisberg & Conway,   123 South Broad Street,    Suite 2080,
              Philadelphia, PA  19109-1031
13000377    +Paul J. Klemm, Esquire,   Nudelman, Klemm & Golub, P.C.,    425 Eagle Rock Ave., S-403,
              Roseland, NJ 07068-1717
13039700  +++Recovery Management Systems Corporation,    Capital Recovery V, LLC,    PO Box 12931,
              Norfolk, VA 23541-0931
13000379     Verizon Pennsylvania, Inc.,   1515 Market Street,    Philadelphia, PA  19102-1921
13000380    +WHCG Mainline Fertility,   Paoli Pointe,    11 Industrial Boulevard, S-100,
              Paoli, PA 19301-1632
13153547    +West Brandywine Twp.,   Kratezenberg & Lazzaro,    c/o Keystone coll. Group,    546 Wendel Rd.,
              Irwin, PA 15642-7539
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:01     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:10
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:58     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2018 03:31:35     Portfolio Investments II LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13000357    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 16 2018 03:24:32     ASSET ACCEPTANCE LLC,
              PO BOX 1630,   WARREN, MI 48090-1630
13008714     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2018 03:31:50
              American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
              Oklahoma City, OK  73126-8941
13008600    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 16 2018 03:24:32     Asset Acceptance LLC,
              PO Box 2036,   Warren MI 48090-2036
13000360    +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 16 2018 03:25:55     BERKS CREDIT & COLL,
              900 CORPORATE DR,   READING, PA 19605-3340
13000361    +E-mail/Text: notices@burt-law.com Nov 16 2018 03:25:49     Burton Neil & Associates,
              1060 Andrew Drive,   Suite 170,   West Chester, PA 19380-5600
13000362     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 03:30:44     Capital One,
              P.O. Box 85520,   Richmond, VA  23285
13038459     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 03:30:13
              Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13081090    +E-mail/Text: bankruptcy@cavps.com Nov 16 2018 03:24:49     Cavalry Portfolio Services,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2322
13000363    +E-mail/Text: bankruptcy@cavps.com Nov 16 2018 03:24:49     Cavalry Portfolio Services, LLC,
              500 Summit Lake Drive,   Valhalla, NY 10595-2322
13000366    +E-mail/Text: bankruptcycollections@citadelbanking.com Nov 16 2018 03:25:32
              Citadel Federal Cred Union,   P.O. Box 147,   Thorndale, PA 19372-0147
13031474    +E-mail/Text: bankruptcycollections@citadelbanking.com Nov 16 2018 03:25:32
              Citadel Federal Credit Union,   520 Eagleview Blvd.,   Exton, PA 19341-1119
13000368    +E-mail/PDF: creditonebknotifications@resurgent.com Nov 16 2018 03:30:53     Credit One Bank,
              P.O. Box 98875,   Las Vegas, NV 89193-8875
13053584    +E-mail/Text: cio.bncmail@irs.gov Nov 16 2018 03:23:51     DEPARTMENT OF THE TREASURY,   IRS,
              600 ARCH STREET RM 5200,   PHILADELPHIA PA 19106-1611
13000372     E-mail/Text: camanagement@mtb.com Nov 16 2018 03:24:00     M & T Bank,   1 Fountain Plaza,
              Buffalo, NY  14203
13088317     E-mail/Text: camanagement@mtb.com Nov 16 2018 03:24:00     M&T Bank,   P.O. Box 1288,
              Buffalo , NY 14240
13000376    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 16 2018 03:24:34     MIDLAND FUNDING,
              8875 AERO DR STE 200,   SAN DIEGO, CA 92123-2255
```

```
District/off: 0313-2           User: John                  Page 2 of 2                   Date Rcvd: Nov 15, 2018
                               Form ID: 138NEW             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13000378          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 16 2018 03:23:36
                  Verizon,    P.O. Box 28000,    Lehigh Valley, PA  18002-8000
                                                                                                 TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13120896*         American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13000374        ##Michael F. Ratchford, Esquire,    Edwin A. Abrahamsen & Assoc.,    120 N. Keyser Avenue,
                  Scranton, PA  18504-9701
13000375        ##Michael J. Dougherty, Esquire,    Weltman, Weinberg & Reis Co.,    325 Chestnut Street, Suite 501,
                  Philadelphia, PA  19106-2605
                                                                                              TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              ROBERT J. LOHR, II    on behalf of Debtor David F. Curtiss bob@lohrandassociates.com,
               leslie@lohrandassociates.com;r59687@notify.bestcase.com;cyndy@lohrandassociates.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                 TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: David F. Curtiss
      Debtor(s)                                Bankruptcy No: 13–12427–mdc
                                                                            Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                            900 Market Street
                                Suite 400
                            Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                            For The Court
                                                                    Timothy B. McGrath
                                                                    Clerk of Court

Dated: 11/15/18

                                                                                                              61 – 60
                                                                                              Form 138_new